## BURT v. THOMPSON.

### No. 2019. Opinion Filed May 9, 1911.

### (115 Pac. 1016.)

**JUSTICES OF THE PEACE**—Jurisdiction of Appeals—Statutes—Sufficiency of Title. That portion of section 3, art. 1, c. 27, Sess. Laws of Okla. 1907-08, providing that ' the county court shall have, concurrent with the district court, appellate jurisdiction of judgments of justices of the peace, not being correlated to the subject expressed in the title to the act, nor appearing to follow as a natural and legitimate complement, is in violation of section 57, art. 5, of the Constitution of Oklahoma, providing that every act of the Legislature shall embrace but one subject, which shall be clearly expressed in the title, and is therefore unconstitutional, inoperative, and void; and the district court, by reason of sections 14 and 19 of article 7 of the Constitution, cannot acquire any jurisdiction on appeal from a judgment of a justice court.

(Syllabus by the court.)

*Error from District Court, Osage County; John J. Shea, Judge.*

Action between Herbert C. Burt and N. A. Thompson. From the judgment before a justice, an appeal was taken to the district court to reverse the judgment of that court, and Burt brings error. Dismissed.

*Grinstead, Mason & Scott,* for plaintiff in error.

HAYES, J. This is an action of forcible entry and detainer, originally brought in a justice's court of Osage county. From the judgment in that court, an appeal was taken to the district court of that county. To reverse the judgment of the latter court, this proceeding in error is prosecuted.

One of the questions presented by this proceeding is identically the same as was considered and determined by the court in *Holcomb v. C., R. I. & P. Ry. Co.,* 27 Okla. 667, 112 Pac. 1023; and upon the authority of that case the cause must be reversed and remanded, with direction to the district court to dismiss the appeal therein.

All the Justices concur.